[Civ. No. 3478. Third Appellate District.—January 7, 1928.]

AZARIAH MEREDITH, Respondent, v. PEOPLES MUTUAL LIFE INSURANCE COMPANY (a Corporation), Appellant.

Alfred B. Weiler and A. C. Wollenberg for Appellant.

Chester F. Gannon for Respondent.

THE COURT.—This is an application for a writ of *supersedeas.* The questions involved are the same as those

considered in *McKenzie* v. *Los Angeles Life Insurance Company et al., ante,* p. 259 [263 Pac. 338]. ██ For the reasons stated in the opinion filed in that case, the application is denied.